**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7952

In Re:  CLESTER EARLIS CARTER,

Petitioner.

On Petition for a Writ of Habeas Corpus.
(3:92-cr-00044)

Submitted:  February 22, 2007          Decided:  March 5, 2007

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Clester Earlis Carter, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clester Earlis Carter has filed with this Court a document entitled "Motion for Personal Restraint Petition for Review of the Order of the United States District Court for the District of South Carolina Pursuant to Federal Rules of Appellate Procedure 15." We construe this as a petition for an original writ of habeas corpus challenging Carter's 1993 convictions and sentence on drug charges, which he has previously challenged on direct appeal and in a 28 U.S.C. § 2255 (2000) motion to vacate. This court ordinarily declines to entertain original habeas corpus petitions under 28 U.S.C. § 2241 (2000), and this case provides no reason to depart from the general rule. Because the interests of justice would not be served by transferring a case that should be dismissed to the district court, we dismiss the petition. Cf. Fed. R. App. P. 22(a). Accordingly, we deny Carter's petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED